United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 05, 2025
Nathan Ochsner, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: Kayla Houston, | § | CASE NO. 25-34072 |
| Debtor | § | CHAPTER 7 |
| Kayla Houston, | § | |
| Plaintiff, | § | |
| v. | § | ADV. PRO: 25-03597 |
| United States Department of Education, | § | |
| Defendant. | § | |

### ORDER
**(Related to Dkt. 9)**

Having considered the Stipulation and Joint Motion for Order Determining Dischargeability filed by Plaintiff and the United States, on behalf of the United States Department of Education, the Court is of the opinion that the Motion should be granted:

IT IS ORDERED that Plaintiff's student loan debts to the Department of Education are not excepted from discharge under 11 U.S.C § 523(a)(8) because payment of the loans would impose an undue hardship on the debtor and the debtor's dependents.

IT IS ORDERED that Plaintiff's student loan debts to the Department of Education are discharged under 11 U.S.C. § 1328.

IT IS ORDERED that the Department of Education is dismissed from this action.

**IT IS SO ORDERED**

Signed: December 05, 2025

Jeffrey P. Norman
United States Bankruptcy Judge

_____

Proposed and Submitted by:

NICHOLAS GANJEI
United States Attorney

By: */s/ Natasha Alexander*
Natasha Alexander
Assistant United States Attorney
Southern District No. 3770021  Texas Bar No.  24125476
1000 Louisiana, Suite 2300

Houston, Texas 77002
Tel: (713) 567-9422
Fax: (713) 718-3303
E-mail: Natasha.Alexander@usdoj.gov
**Attorney for the United States**